UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JENNIFER G.,[1]

        **Plaintiff,**

v.                                             Civil No. 2:24cv262

FRANK BISIGNANO,[2]
Commissioner of the Social
Security Administration,

        **Defendant.**

## FINAL ORDER

Jennifer G. ("Plaintiff"), by counsel, brought this action seeking judicial review of the decision by the Commissioner of the Social Security Administration ("Commissioner") to deny her claim for disability benefits under the Social Security Act. ECF Nos. 1, 9. Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure, the matter was referred to a United States Magistrate Judge for a Report and Recommendation.

On June 30, 2025, the Magistrate Judge filed his Report and Recommendation, recommending that the Commissioner's decision be

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that federal courts use only the first name and last initial of any non-government parties in Social Security cases due to privacy concerns endemic to such cases.

[2] Frank Bisignano is now the Commissioner of Social Security and is automatically substituted as a party. See Fed. R. Civ. P. 25(d); see also 42 U.S.C. § 405(g) (providing that an action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

**VACATED**, and that the case be **REMANDED** to the Commissioner for further proceedings. ECF No. 12. By copy of the Report and Recommendation, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. Id. at 22. No objections were filed by either party and the time for filing objections has expired.

Having reviewed the relevant portions of the record and finding no clear error in the Magistrate Judge's findings or reasoning,[3] the Court hereby **ADOPTS** in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed on June 30, 2025. ECF No. 12. Accordingly, the final decision of the Commissioner is **VACATED** and the case is **REMANDED** for further proceedings consistent with the Magistrate Judge's directives in the Report and Recommendation. Id.

The Clerk is requested to forward a copy of this Final Order to all counsel of record.

**IT IS SO ORDERED.**

/s/ Mark S. Davis
Mark S. Davis
Chief United States District Judge

Norfolk, Virginia
July 31, 2025

---

[3] As no objections to the Report and Recommendation were filed, this Court must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).